UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAMON LANDOR,<br>    Plaintiff | : | NO. 1:11-CV-759 |
| | : | |
| v. | : | (Caldwell, J.) |
| | : | (Carlson, M.J.) |
| B. A. BLEDSOE, Warden;<br>B. TRATE, Captain; and<br>LT. HEPNER,<br>    Defendants | : | |

## ORDER

NOW, this _____ day of _____, 2011, upon consideration of the Defendants' Motion to Seal, IT IS HEREBY ORDERED that the Motion is GRANTED. The exhibit attached to the motion will remain under seal pending further Order of Court.

 

_____
Martin C. Carlson
United States Magistrate Judge