UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAMON LANDOR, | : | NO. 1:11-CV-759 |
|     Plaintiff | : | |
| | : | |
| v. | : | (Caldwell, J.) |
| | : | (Carlson, M.J.) |
| B. A. BLEDSOE, Warden; | : | |
| B. TRATE, Captain; and | : | |
| LT. HEPNER, | : | |
|     Defendants | : | |

FILED
HARRISBURG
NOV 8 2011
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## ORDER

NOW, this 8th day of November, 2011, upon consideration of the Defendants' Motion to Seal, IT IS HEREBY ORDERED that the Motion is GRANTED. The exhibit attached to the motion will remain under seal pending further Order of Court.

_____
Martin C. Carlson
United States Magistrate Judge