UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DAMON LANDOR, :
    Plaintiff :
: CIVIL NO. 1:11-CV-0759
    v. :
:
B.A. BLEDSOE, Warden, :
B. TRATE, Captain, and :
LT. HEPNER :
    Defendants :

*O R D E R*

AND NOW, this 17th day of May, 2012, upon consideration of the reports and recommendations of the magistrate judge (Docs. 65, 66), filed April 11, 2012, and April 12, 2012, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's reports (Docs. 65, 66) are adopted.

    2. Plaintiff's motion for a preliminary injunction (Doc. 61) is DENIED.

    3. Defendants' motion to dismiss, or in the alternative, for summary judgment (Doc. 33), is GRANTED.

    4. The claims against Defendants Bledsoe and Trate are dismissed with prejudice.

    5. The claims against Defendant Hepner are dismissed without prejudice.

    6. Plaintiff may amend his complaint as to Defendant Hepner within twenty (20) days of the date of this order.

       7. The above-captioned case is remanded to the magistrate judge for further proceedings, including a Report and Recommendation on dispositive motions, if necessary.

                                         /s/ William W. Caldwell  
                                          William W. Caldwell  
                                          United States District Judge