UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DAMON LANDOR, :
    Plaintiff :
     :
v. : CIVIL NO. 1:11-CV-759
     :
LT. HEPNER, :
    Defendant :

*O R D E R*

AND NOW, this 16th day of January, 2013, upon consideration of the Report and Recommendation ("R&R") of Magistrate Judge Carlson (Doc. 99), to which no objections have been filed, and upon independent review of the record, the court finds no error in the R&R and concludes that the R&R should be adopted. Accordingly, it is ORDERED that:

    1.    The R&R (Doc. 99) is ADOPTED.

    2.    Defendant Hepner's motion for summary judgment (Doc. 76) is GRANTED.

    3.    The Clerk of Court is directed to enter judgment in favor of Defendant and against Plaintiff.

    4.    The Clerk of Court is directed to close this case.

    /s/ William W. Caldwell
    William W. Caldwell
    United States District Judge